# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**MELVIN WILSON,**

       **Plaintiff,**

**v.**                                                    **Case No: 18-2051-JAR-GEB**

**LANDERS McLARTY OLATHE KS, LLC,**
**d/b/a OLATHE DODGE CHRYSLER JEEP**
**RAM, and HOPKINS AND RAINES, INC.,**

       **Defendant,**

## JUDGMENT IN A CIVIL CASE

☐  Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒  Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That pursuant to the Memorandum and Order filed on May 6, 2019 (Doc.64), that Plaintiff's Motion to Enforce Settlement Agreement (Doc. 63) is **GRANTED.** Judgment shall be entered in Plaintiff's favor under the terms set forth in the parties' confidential settlement agreement. Plaintiff is awarded reasonable fees and costs incurred litigating the motion to enforce settlement.

5/6/2019 _____                                              TIMOTHY M. O'BRIEN
   Date                                                          CLERK OF THE DISTRICT COURT

                                                                            by:  \_s/Bonnie Wiest_____
                                                                                 Deputy Clerk